481 S.E.2d 133

**James Earl WRIGHT, Employee, Claimant, Respondent,**

v.

**MICHELIN TIRE CORPORATION, Employer, and Hartford Accident & Indemnity Company, Carrier, Appellants.**

No. 24572.

Supreme Court of South Carolina.

Heard Jan. 21, 1997.

Decided Feb. 3, 1997.

H. Spencer King, Spartanburg, for Appellants.

Andrew N. Poliakoff, Spartanburg, for Respondent.

PER CURIAM:

After a review of the entire record, we dismiss the writ of certiorari as improvidently granted.